```
 1
 2
 3
 4
 5
 6                       UNITED STATES DISTRICT COURT
 7                    FOR THE EASTERN DISTRICT OF CALIFORNIA
 8
 9    SHON OLIVENTA WILLIAMS,                  No.  2:21-cv-0658 DB P
10                    Petitioner,
11       v.                                    ORDER
12    L. BIRD,
13                    Respondent.
14
```

15     Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas
16  corpus pursuant to 28 U.S.C. § 2254.
17     The application attacks a conviction issued by the Superior Court of California, County of
18  Los Angeles.  (ECF No. 1 at 1.)  While both this court and the United States District Court in the
19  district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit
20  Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of
21  petitioner's application are more readily available in Los Angeles County.  Id. at 499 n.15; 28
22  U.S.C. § 2241(d).
23  ////
24  ////
25  ////
26  ////
27  ////
28  ////

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

1. This matter is transferred to the United States District Court for the Central District of California.

Dated: April 17, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB:1/Orders/Prisoner/Habeas/will0658.108